**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No. 1:11-cv-23509**

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

               Plaintiffs,

vs.

MAGAYA CORPORATION,

               Defendant.

_____/

## <u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiffs Melvino Technologies Limited and ArrivalStar S.A., by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss, **with prejudice,** all claims against Defendant Magaya Corporation, with each party to bear its own costs, expenses and attorneys' fees in connection with this action.

Dated:  December 1, 2011.                    Respectfully submitted,

                                              <u>/s/ William R. McMahon</u>
                                                William R. McMahon, Esquire
                                                Florida Bar Number: 39044
                                                McMahon Law Firm, LLC
                                                11435 West Palmetto Park Road
                                                Suite E
                                                Boca Raton, Florida 33428
                                                Email: bill@mlfllc.com
                                                Tel: 561-218-4300
                                                Fax: 561-807-5900
                                                **Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 1, 2011, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

/s/ William R. McMahon

## SERVICE LIST

John Cyril Malloy, III
Florida Bar No. 964,220
jcmalloy@malloylaw.com
Benjamin M. Hanrahan
Florida Bar No. 27,859
bhanrahan@malloylaw.com
MALLOY & MALLOY, P.A.
2800 S.W. Third Avenue
Miami, Florida  33129
Telephone (305) 858-8000
Facsimile  (305) 858-0008
**Attorneys for Defendant,**
**Magaya Corporation**
By: *Notice of Electronic Filing*
*Generated by CM/ECF*